No. 72–6572.   LICON *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 72–6577.   WHEELER *v.* NEW YORK.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 72–6581.   DODGE *v.* JOHNSON, WARDEN.   C. A. 6th Cir.   Certiorari denied.

No. 72–6584.   SCOTT *v.* ESTELLE, CORRECTIONS DIRECTOR.   Ct. Crim. App. Tex.   Certiorari denied.

No. 72–6590.   HINSON *v.* NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied.

No. 72–6603.   JAYNES *v.* JAYNES ET AL.   C. A. 5th Cir. Certiorari denied.

No. 72–1108.   MOBIL OIL CORP. *v.* FEDERAL POWER COMMISSION.   C. A. D. C. Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1169.   ENVIRONMENTAL DEFENSE FUND, INC., ET AL. *v.* CORPS OF ENGINEERS OF THE UNITED STATES ARMY ET AL.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1247.   TWO *v.* UNITED STATES ET AL.   C. A. 9th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.

No. 72–1291.   ATKINS *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   MR. JUSTICE DOUGLAS would grant certiorari.